# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| JAMES STEFFENS, BH & W, INC., and CATRON FAMILY, L.P., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>UNION PACIFIC RAILROAD )<br>COMPANY, )<br>)<br>Defendant. ) | Case No. 08-0966-CV-W-GAF |

## ORDER OF DISMISSAL

Now before the Court is the parties' Stipulation for Dismissal With Prejudice. Accordingly, it is

ORDERED that the above referenced case is dismissed with prejudice. Each party is to bear its own costs.

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: June 17, 2009